**I**

**John James Jackson et al., Libelants-Appellants, v. Steamship ARCHIMEDES, Lamport & Holt Line, Limited, Claimant-Respondent.**

(Circuit Court of Appeals, Second Circuit. May 3, 1926.)

No. 366.

Appeal from the District Court of the United States for the Southern District of New York.

Silas B. Axtell, of New York City (John W. Davis and James M. Nicely, both of New York City, of counsel), for appellants.

Burlingham, Veeder, Masten & Fearey, of New York City (Van Vechten Veeder and William J. Dean, both of New York City, of counsel), for respondent.

Frederic R. Coudert and Howard Thayer Kingsbury, both of New York City, for British Embassy, amici curiæ.

Before ROGERS, HOUGH, and MACK, Circuit Judges.

PER CURIAM. Decree (10 F.[2d] 234) affirmed, on the opinion of Judge Augustus N. Hand in the court below.

---

**2**

**Hobart BAUGAS, Plaintiff in Error, v. UNITED STATES.**

(Circuit Court of Appeals, Eighth Circuit. December 14, 1925.)

No. 6939.

In Error to the District Court of the United States for the Western District of Oklahoma.

James A. Embry, of Chandler, Okl., for plaintiff in error.

Leslie E. Salter, Asst. U. S. Atty., of Tulsa, Okl.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, for want of prosecution.

---

**3**

**George BAYOUTH, Plaintiff in Error, v. UNITED STATES.**

(Circuit Court of Appeals, Eighth Circuit. December 7, 1925.)

No. 7260.

In Error to the District Court of the United States for the Western District of Oklahoma.

Tillman, Tillman & Pierson, of Pawhuska, Okl., for plaintiff in error.

Leslie E. Salter, Asst. U. S. Atty., of Tulsa, Okl.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error, under rule 16.

---

**4**

**Curt F. BELLEW, Plaintiff in Error, v. UNITED STATES.**

(Circuit Court of Appeals, Eighth Circuit. December 7, 1925.)

No. 7264.

In Error to the District Court of the United States for the Western District of Oklahoma.

J. Earl Smith, of Ponca City, Okl., for plaintiff in error.

Leslie E. Salter, Asst. U. S. Atty., of Tulsa, Okl.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error, under rule 16.